IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED IN OPEN COURT
SEP 2 5 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

THE UNITED STATES OF AMERICA

v.

JAMES B. COMEY JR.

*Defendant.*

CRIMINAL NO. 1:25-CR-272

Count One: False statements within the jurisdiction of the legislative branch of the United States Government (18 U.S.C. § 1001(a)(2))

Count Two: Obstruction of a Congressional proceeding (18 U.S.C. § 1505)

## INDICTMENT

### COUNT ONE
False statements within the jurisdiction of the legislative branch of the United States Government
[18 U.S.C. § 1001(a)(2)]

1. On or about September 30, 2020, in the Eastern District of Virginia, the defendant, JAMES B. COMEY JR., did willfully and knowingly make a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the legislative branch of the Government of the United States, by falsely stating to a U.S. Senator during a Senate Judiciary Committee hearing that he, JAMES B. COMEY JR., had not "authorized someone else at the FBI to be an anonymous source in news reports" regarding an FBI investigation concerning PERSON 1.

2. That statement was false, because, as JAMES B. COMEY JR. then and there knew, he in fact had authorized PERSON 3 to serve as an anonymous source in news reports regarding an FBI investigation concerning PERSON 1.

3. All in violation of 18 U.S.C. § 1001(a)(2).

## COUNT TWO
Obstruction of a Congressional proceeding
[18 U.S.C. § 1505]

4. On or about September 30, 2020, in the Eastern District of Virginia, the defendant, JAMES B. COMEY JR. did corruptly endeavor to influence, obstruct and impede the due and proper exercise of the power of inquiry under which an investigation was being had before the Senate Judiciary Committee by making false and misleading statements before that committee.

5. All in violation of 18 U.S.C. § 1505.

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

Foreperson

By: _____
LINDSEY HALLIGAN
UNITED STATES ATTORNEY