JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                U.S. District Court

**Place of Offense:**          Under Seal: Yes ___  No  X         Judge Assigned:    Nachmanoff
City    McLean, VA       Superseding Indictment  ___      Criminal Number:   1:25-CR-272
County/Parish  _____   Same Defendant ___       New Defendant   X
                         Magistrate Judge Case Number _____   Arraignment Date: _____
                         Search Warrant Case Number  _____
                         R 20/R 40 from District of  _____
                         Related Case Name and No: _____

Defendant Information:
Juvenile --Yes ___ No  X   FBI # _____
Defendant Name: James B. Comey       Alias Name(s) _____
Address: McLean VA  22102
Employment: _____
Birth date 1960    SS# 9092    Sex M Def Race White    Nationality  U.S.    Place of Birth _____
Height ___ Weight ___ Hair ___ Eyes ___  Scars/Tattoos _____
  Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____
Location Status:
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody     ___ On Pretrial Release      X  Not in Custody
___ Arrest Warrant Requested     ___ Fugitive                 X  Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought         ___ Bond

Defense Counsel Information:
Name:   Jessica Carmichael        ___ Court Appointed     Counsel conflicted out: _____
Address: _____                    X  Retained
Telephone: 312-758-4454           ___ Public Defender     Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA   Lindsey Halligan     Telephone No:   703-299-3700      Bar #109481 (FL)
Complaint Agency, Address & Phone Number or Person & Title:
Miles L. Starr, Special Agent FBI, (202) 440-0266

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1001(a)(2) | False Statement | 1-2 | Felony |
| Set 2 | 18 USC § 1505 | Obstruction | 3 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date:  9/25/25          Signature of AUSA:    /s/ Lindsey Halligan