IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.

JAMES B. COMEY, JR,

           *Defendant.*

Criminal No. 1:25-cr-272-MSN

## ORDER

This matter comes before the Court on its own initiative.

The arraignment of Defendant James B. Comey, Jr. is currently scheduled to occur on Thursday, October 9, 2025, at 10:00 a.m.

Because there are multiple previously-scheduled matters that are expected to draw large numbers of people to the courthouse at the same time as the arraignment, and because it is necessary to ensure the security of the Court, the parties, and the public, it is hereby

**ORDERED** that Defendant is summoned to appear for arraignment before this Court on Wednesday, October 8, 2025, at 10:00 a.m.

The Clerk is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

October 6, 2025
Alexandria, Virginia