Judge: **Michael S. Nachmanoff**

Date: 10/8/2025                                        Reporter: Diane Salters
Time: 9:56 A.M. to 10:23 A.M.              Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
        Vs.

| **JAMES B. COMEY, JR.** | **1:25-CR-272** |
|---|---|
| Defendant's Name | Case Number |

| Patrick Fitzgerald and Jessica Carmichael | Lindsey Halligan, Gabriel Diaz, and Nathaniel Tyler Lemons |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions            ( ) Setting Trial Date       ( ) Change of Plea Hrg.     ( ) Rule 35
(✓) Arraignment       ( ) Appeal from USMC         ( ) Sentencing              ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.             ( ) Pre-Indictment Plea     ( ) Other:

Defendant appeared:        (✓) in person              ( ) failed to appear
                           (✓) with Counsel           ( ) without counsel         ( ) through counsel

Filed in open court:
( ) Criminal Information    ( ) Plea Agreement    ( ) Statement of Facts    ( ) Waiver of Indictment    ( ) Discovery Order

**ARRAIGNMENT AND PLEA**:

(✓) WFA     ( ) FA     ( ) PG     (✓) PNG     Trial by Jury:    (✓) Demanded     ( ) Waived

**PROCEEDING**
- Parties' request to waive right to speedy trial as articulated in open court- GRANTED.
- Parties directed to confer with regard to a discovery order by 10/10/2025.
- Parties directed to submit proposed discovery orders and supporting briefs, if necessary, as articulated in open court by COB on 10/13/2025.
- Parties directed to immediately confer with regard to providing defense counsel with access to classified information and submit a proposed CIPA briefing schedule by COB on 10/13/2025.
- Court advised counsel of process to appoint out-of-district judge to resolve defense motion for disqualification of Lindsey Halligan.
- DPPA advisement given in open court.
- Court adopts Pretrial Services Report.
- Defendant entered on PR bond.

| **MOTIONS SCHEDULE 1** | **MOTIONS SCHEDULE 2** |
|---|---|
| Motions due on **10/20/2025.** | Motions due on **10/30/2025.** |
| Responses due on **11/3/2025.** | Responses due on **11/13/2025.** |
| Replies due on **11/10/2025.** | Replies due on **11/20/2025.** |
| Oral argument on **11/19/2025 at 10:00 a.m.** | Oral argument on **12/9/2025 at 10:00 a.m.** |

Case set for a **Jury Trial** on **1/5/2026 at 9:00 am**