**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:25CR272-MSN** |
| | ) | |
| **James Comey** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING**
**REGARDING CLASSIFIED INFORMATION**

Please take notice that the defense hereby submits the attached

Memorandum of Understanding, executed by defense counsel Patrick J. Fitzgerald

and Jessica N. Carmichael, regarding the handling of classified information

<div style="margin-left:50%">

Respectfully submitted,
JAMES COMEY
By Counsel


_____/s/_____
Patrick J. Fitzgerald
Michigan Bar No. P86579 (*pro hac vice*)
Jessica N. Carmichael
Virginia Bar No. 78339
Carmichael Ellis & Brock, PLLC
108 N. Alfred Street, First Floor
Alexandria, Virginia 22314
(703) 684-7908
Patrickjfitzgeraldlawoffice@gmail.com
jessica@carmichaellegal.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael

2