IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.  1:25CR272-MSN |
| | ) | |
| James B. Comey, Jr. | ) | |
| | ) | |
| Defendant. | ) | |

**JAMES COMEY'S REPONSE TO GOVERNMENT'S
MOTION FOR EXPEDITED RULING**

Exhibit A

[FILED UNDER SEAL]