IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**JAMES B. COMEY JR.'S MOTION TO DISMISS INDICTMENT**

Exhibit A



# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6402-2025

AUTHORIZING LINDSEY HALLIGAN TO BE THE INTERIM
UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA
DURING THE VACANCY IN THAT OFFICE

By virtue of the authority vested in the Attorney General by 28 U.S.C. § 546, I designate and appoint Lindsey Halligan to serve as the United States Attorney for the Eastern District of Virginia and to serve in that capacity for the period of one hundred and twenty days or until replaced in accordance with law, whichever occurs first.

The appointment shall be effective September 22, 2025.

_9/22/25_
Date

_[signature]_
Pamela Bondi
Attorney General