# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>James B. Comey, Jr.<br>*Defendant* | )<br>)<br>) Case No. 1:25-CR-272<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

a group of former senior officials of the U.S. Department of Justice, as (prospective) amici curiae.

Date: 10/27/2025

*Attorney's signature*

Samantha P. Bateman (VA Bar # 80110)
*Printed name and bar number*

Washington Litigation Group
1717 K Street NW, Suite 1120
Washington, DC 20006

*Address*

sbateman@washingtonlitigationgroup.org
*E-mail address*

(202) 521-8750
*Telephone number*

(202) 512-8745
*FAX number*