IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | UNDER SEAL |
| ) | |
| Defendant. ) | |
| _____) | |

**JAMES B. COMEY, JR.'S OPPOSITION TO GOVERNMENT'S MOTION FOR IMPLEMENTATION OF A FILTER PROTOCOL**

Exhibit C

[FILED UNDER SEAL]