IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JAMES B. COMEY, JR.'S MOTION TO SEAL

Pursuant to the Protective Order entered in this matter, ECF No. 40, James B. Comey, Jr. moves this Honorable Court to seal the redacted portions of his Response in Opposition to Government's Motion for Filter Protocol ("Opposition") and Exhibits A-E. The redacted portions of the Opposition and Exhibits A-E contain information that the government may argue is subject to the Protective Order and required to be filed under seal. *See* ECF No. 40.[1]

The Court has the inherent power to seal materials submitted to it. *See Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975).

A proposed Order is attached for the consideration of the Court.

---

[1] The government designated discovery containing some of the information in these sentences as Protected Materials under the Protective Order in this case. Although the defense sees no reason why this information cannot be made public, out of an abundance of caution, the defense is requesting sealing in the first instance.

Dated: October 27, 2025          Respectfully submitted,

                                      JAMES B. COMEY, JR.
                                      By Counsel

                                      */s/   Jessica Carmichael*
                                      Jessica N. Carmichael (VA Bar No. 78339)
                                      CARMICHAEL ELLIS & BROCK, PLLC
                                      108 N. Alfred Street, First Floor
                                      Alexandria, VA 22314
                                      Telephone:  (703) 684-7908
                                      Facsimile:  (703) 649-6360
                                      Email:  jessica@carmichaellegal.com

                                      Patrick J. Fitzgerald (*pro hac vice*)
                                      (Mich. Bar No. P86579)
                                      P.O. Box 277
                                      New Buffalo, MI 49177
                                      Telephone:  (312) 758-4454

                                      Rebekah Donaleski (*pro hac vice*)
                                      COOLEY LLP
                                      55 Hudson Yards
                                      New York, NY 10001
                                      Telephone:  (212) 479-6000

                                      Ephraim A. McDowell (*pro hac vice*)
                                      Elias S. Kim (*pro hac vice*)
                                      COOLEY LLP
                                      1299 Pennsylvania Ave. NW, Suite 700
                                      Washington, DC 20004
                                      Telephone:  (202) 842-7800

                                      Michael R. Dreeben (*pro hac vice*)
                                      600 New Jersey Ave. NW
                                      Washington, DC 20001
                                      Telephone:  (202) 695-2562

                                      *Counsel for Defendant James B. Comey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of October, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  /s/  Jessica N. Carmichael
                                                  Jessica N. Carmichael

                                                  *Counsel for Defendant James B. Comey, Jr.*