**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

THE UNITED STATES OF AMERICA

    v.

JAMES B. COMEY JR.,

    *Defendant.*

No. 1:25-CR-00272-MSN

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF UNIVERSITY PROFESSORS AND SCHOLARS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON VINDICTIVE AND SELECTIVE PROSECUTION**

Proposed *amici curiae* university professors and scholars hereby submit this Motion seeking leave to file the accompanying brief, attached hereto as Exhibit A. *Amici* have informed the parties to this matter of their intent to file this Motion and submit the attached brief. Mr. Comey consents to the Motion. The United States opposes.

*Amici curiae* are university professors and scholars with decades of experience studying the rule of law in the United States and other countries. They have substantial expertise in studying democracies that slide into authoritarianism and the rise of autocratic governments, including how rising autocratic leaders interfere with the independence of prosecutor's offices to consolidate power, eliminate political opposition, stifle dissent, and exact retribution on the enemies of those in power. They are: Javier Corrales, Larry Diamond, David M. Driesen, Francis Fukuyama, Gábor Halmai, Aziz Z. Huq, Dr. Rachel Kleinfeld, Steven Levitsky, Maria Popova, Stephen Richer, Dalibor Rohac, Susan Stokes, and Lucan Way.

The Court has broad discretion to decide "whether to allow a non-party to participate as an *amicus curiae*." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007). *Amici curiae*

briefs are permitted where, *inter alia*, *amici* "have a special interest in the subject matter of the suit" and when the Court "deems the proffered information timely and useful." *Id.* (quoting *Bryant v. Better Bus. Bureau of Greater Maryland, Inc.*, 923 F. Supp. 720, 727-28 (D. Md. 1996)) (internal quotation marks omitted). *Amici curiae* have a special interest in this case because Mr. Comey's prosecution poses a grave threat to prosecutorial independence and the rule of law in the United States, matters they have studied and written about for decades. *Amici* respectfully submit their expertise will assist the Court in viewing Mr. Comey's prosecution in the larger context of how politicized prosecutions are used in autocracies and backsliding democracies and the risks that even one such prosecution poses. *Amici's* brief addresses: how—based on publicly available evidence—the initiation of Mr. Comey's prosecution shares attributes of politicized prosecutions in countries experiencing democratic backsliding; and why recognizing the dangers of such politicized prosecutions through judicial review is vital to our democracy.

   *Amici's* Motion is timely, as briefing on Defendant's Motion is ongoing, and *amici* do not make legal arguments or factual contentions outside the scope of Defendant's Motion. *See Tafas*, 511 F. Supp. 2d at 660.

**CONCLUSION**

   For the foregoing reasons, *amici* respectfully request that the Court accept the accompanying brief for filing.


   Dated: October 27, 2025                 Respectfully submitted,


2

/s/ *Joshua Erlich*
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA  22209
Tel: 703-791-9087
Fax: 703-722-8114
jerlich@erlichlawoffice.com

Maithreyi Ratakonda*
Christine P. Sun*
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
mai@statesunited.org
christine@statesunited.org

Marina Eisner*
Samantha Trepel*
STATES UNITED DEMOCRACY CENTER
1101 17th St. NW, Suite 250
Washington, DC 20036
(202) 999-9305
marina@statesunited.org
sam@statesunited.org

*Counsel for Amici Curiae University Professors and Scholars*

*\*Pro Hac Vice Application Forthcoming*

**CERTIFICATE OF SERVICE**

I, Joshua Erlich, hereby certify that on October 27, 2025, I electronically filed the foregoing

Motion for Leave to File *Amici Curiae* Brief of University Professors and Scholars in Support of

Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution, with

the Clerk of the Court for the United States District Court for the Eastern District of Virginia by

using the CM/ECF system. A true and correct copy of this brief has been served via the Court's

CM/ECF system on all counsel of record.


Dated: October 27, 2025

/s/ *Joshua Erlich*
*Counsel for Amici Curiae*
*University Professors and Scholars*