AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2025 OCT 28  A 8: 45

| | |
|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>JAMES B. COMEY, Jr.<br>*Defendant* | )<br>)<br>)   Case No.   1:25-cr-00272<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Project Democracy

Date:   10/27/2025

//s// Victor M. Glasberg
*Attorney's signature*

Victor M. Glasberg, #16184
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

*Address*

vmg@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*