IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2025 OCT 28 P 12: 29

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Case No.: 1:25-CR-00272-MSN <br> ) |
| JAMES B. COMEY, JR., | ) <br> ) |
| Defendant. | ) <br> ) |

NOTICE OF APPEARANCE

**TO:** The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I, Justin P. Keating, Esq., appear in this case as Counsel of Record for *Amici*.

Respectfully submitted,

*/s/ Justin P. Keating*

Justin P. Keating (VA Bar 75880)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
jkeating@beinsaxelrod.com

*Counsel for Amici Curiae*
**BIPARTISAN FORMER FEDERAL
COURT JUDGES AND FORMER
UNITED STATES ATTORNEYS**

Dated: October 28, 2025