UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case #1:24-CR00272-MSN |
| | ) |
| JAMES B. COMEY, JR., | ) |
| | ) |
| Defendant. | ) |

NOTICE OF WAIVER OF ORAL ARGUMENT

Please take notice that Protect Democracy Project, by counsel, hereby waives oral argument of its motion for leave to file *amicus curiae* in support of defendant's motion to dismiss indictment based on vindictive and selective prosecution.

Respectfully submitted,

Dated:   October 29, 2025

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Abigail S. Grand, #100578
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
agrand@robinhoodesq.com

Counsel for Amicus Curiae Protect
  Democracy Project

Kristy Parker*
Protect Democracy Project
2020 Pennsylvania Avenue, NW, #163
Washington. D.C. 20006
202.579.4582 / Fax: 202.769.3176
kristy.parker@protectdemocracy.org

Rachel Goodman*
Protect Democracy Project
82 Nassau Street, #601
New York. NY 10038
202.579.4582 / Fax: 202.769.3176
rachel.goodman@protectdeinocracy.org

*ptooth*Pro Hac Vice* Forthcoming

<u>Certificate of Service</u>

    I, Victor M. Glasberg, hereby certify that on this 29th day of October 2025, I electronically filed the foregoing Notice of Waiver of Oral Argument with the clerk of the court.

                //s// Victor M. Glasberg
                Victor M. Glasberg, #16184
                Victor M. Glasberg & Associates
                121 S. Columbus Street
                Alexandria, VA  22314
                703.684.1100 / Fax: 703.684.1104
                vmg@robinhoodesq.com

                Counsel for Amicus Curiae Protect
                  Democracy Project