IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### JAMES B. COMEY, JR.'S MOTION TO FILE VIDEO RECORDING

James B. Comey, Jr., by and through undersigned counsel, moves this Court for leave to file the video recording of Senator Ted Cruz's questions to Mr. Comey at 1:54:36 to 1:55:52 during the *Oversight of the Crossfire Hurricane Investigation: Day 3, Hearing Before the Sen. Comm. on the Judiciary*, 116th Cong. (Sept. 30, 2020) ("Oversight Hearing Video Clip") as Exhibit A to Defendant's Motion to Dismiss the Indictment Based on Fundamental Ambiguity & Literal Truth. Defendant seeks to copy the audio recording onto two thumb drives, providing one to the Clerk's office and the second to Chambers with a courtesy copy of the Motion and Memorandum in Support of Motion to Dismiss Indictment.

Exhibit A to Defendant's Motion to Dismiss the Indictment Based on Fundamental Ambiguity & Literal Truth depicts the exchange between Senator Cruz and Mr. Comey on which Count One of the Government's indictment rests (ECF No. 1). The Motion to Dismiss the Indictment Based on Fundamental Ambiguity & Literal Truth quotes the testimony; however, the video recording itself would provide this Court with the most accurate understanding of the exchange.

WHEREFORE, the defendant respectfully requests leave to file the video recording of Oversight Hearing Video Clip as Exhibit A to Defendant's Motion to Dismiss the Indictment

Based on Fundamental Ambiguity & Literal Truth with the Clerk's Office and provide a courtesy thumb drive to the Court's Chambers.

A Proposed Order is attached.

Dated: October 30, 2025                Respectfully submitted,


                          JAMES B. COMEY, JR.
                          By Counsel

                          */s/   Jessica Carmichael*
                          Jessica N. Carmichael (VA Bar No. 78339)
                          CARMICHAEL ELLIS & BROCK, PLLC
                          108 N. Alfred Street, First Floor
                          Alexandria, VA 22314
                          Telephone:  (703) 684-7908
                          Facsimile:  (703) 649-6360
                          Email:  jessica@carmichaellegal.com

                          Patrick J. Fitzgerald (*pro hac vice*)
                          (Mich. Bar No. P86579)
                          P.O. Box 277
                          New Buffalo, MI 49177
                          Telephone:  (312) 758-4454

                          Rebekah Donaleski (*pro hac vice*)
                          COOLEY LLP
                          55 Hudson Yards
                          New York, NY 10001
                          Telephone:  (212) 479-6000

                          Ephraim A. McDowell (*pro hac vice*)
                          Elias S. Kim (*pro hac vice*)
                          COOLEY LLP
                          1299 Pennsylvania Ave. NW, Suite 700
                          Washington, DC 20004
                          Telephone:  (202) 842-7800

                          Michael R. Dreeben (*pro hac vice*)
                          600 New Jersey Ave. NW
                          Washington, DC 20001
                          Telephone:  (202) 695-2562

                          *Counsel for Defendant James B. Comey, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of October, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/   *Jessica N. Carmichael*
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*
