IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-00272-MSN |
| | ) | |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER GRANTING LEAVE TO FILE VIDEO RECORDING</u>

UPON MOTION of the defendant, for good cause shown, Defendant's Motion to File Video Recording as Exhibit A to Defendant's Motion to Dismiss the Indictment Based on Fundamental Ambiguity & Literal Truth is GRANTED.


IT IS SO ORDERED.


_____                                                    _____
Date                                                                       Michael S. Nachmanoff
                                                                             United States District Judge