IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | Case No. 1:25CR272-MSN |
| ) | |
| **James B. Comey, Jr.** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO SEAL

Pursuant to the Protective Order entered in this matter, ECF No. 40, James B. Comey, Jr. moves this Honorable Court to seal the redacted portions of his Motion to Disclose Grand Jury Proceedings ("Grand Jury Disclosure Motion"). The redacted portions of the Grand Jury Disclosure Motion contain information that the government may argue is subject to the Protective Order and required to be filed under seal. *See* ECF No. 40.[1]

The Court has the inherent power to seal materials submitted to it. *See Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975).

---

[1] The government designated discovery containing some of the information in these sentences as Protected Materials under the Protective Order in this case. Although the defense sees no reason why this information cannot be made public, out of an abundance of caution, the defense is requesting sealing in the first instance.

A proposed Order is attached for the consideration of the Court.

                JAMES B. COMEY, JR.
                By Counsel

*/s/   Jessica Carmichael*
Jessica N. Carmichael (VA Bar No. 78339)
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone:  (703) 684-7908
Facsimile:  (703) 649-6360
Email:  jessica@carmichaellegal.com

Patrick J. Fitzgerald (*pro hac vice*)
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone:  (312) 758-4454

Rebekah Donaleski (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 479-6000

Ephraim A. McDowell (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone:  (202) 842-7800

Michael R. Dreeben (*pro hac vice*)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone:  (202) 695-2562

*Counsel for Defendant James B. Comey, Jr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of October I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                                           /s/
                                            Jessica N. Carmichael