IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, )<br>)<br>v. )<br>)<br>James B. Comey, Jr., )<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:25-CR-00272-MSN |

### ORDER EXTENDING CIPA DEADLINES

Upon motion of James B. Comey, Jr., without objection from the government, for the reasons stated in the motion, the Motion to Extend the CIPA Deadlines is GRANTED.

Mr. Comey's CIPA Section 5 Notice shall be due two weeks after lead counsel, Patrick Fitzgerald, receives his final and full clearance. The remaining CIPA deadlines shall be concomitantly extended.

IT IS SO ORDERED.

October 31, 2025
_____
Date

/s/
_____
Michael S. Nachmanoff
United States District Judge