

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 28, 2016

| | |
|---|---|
| Honorable Richard M. Burr<br>Chairman<br>Select Committee on Intelligence | Honorable Devin Nunes<br>Chairman<br>Permanent Select Committee on Intelligence |
| Honorable Charles E. Grassley<br>Chairman<br>Committee on the Judiciary | Honorable Robert Goodlatte<br>Chairman<br>Committee on the Judiciary |
| Honorable Richard Shelby<br>Chairman<br>Committee on Appropriations<br>Subcommittee on Commerce, Justice, Science<br>  and Related Agencies | Honorable John Culberson<br>Chairman<br>Committee on Appropriations<br>Subcommittee on Commerce, Justice,<br>  Science and Related Agencies |
| Honorable Ron Johnson<br>Chairman<br>Committee on Homeland Security and<br>  Governmental Affairs | Honorable Jason Chaffetz<br>Chairman<br>Committee on Oversight and<br>  Government Reform |

Dear Messrs Chairmen:

In previous congressional testimony, I referred to the fact that the Federal Bureau of Investigation (FBI) had completed its investigation of former Secretary Clinton's personal email server. Due to recent developments, I am writing to supplement my previous testimony.

In connection with an unrelated case, the FBI has learned of the existence of emails that appear to be pertinent to the investigation. I am writing to inform you that the investigative team briefed me on this yesterday, and I agreed that the FBI should take appropriate investigative steps designed to allow investigators to review these emails to determine whether they contain classified information, as well as to assess their importance to our investigation.

Although the FBI cannot yet assess whether or not this material may be significant, and I cannot predict how long it will take us to complete this additional work, I believe it is important to update your Committees about our efforts in light of my previous testimony.

Sincerely yours,

*James B. Comey*
James B. Comey
Director

GOVERNMENT EXHIBIT
2
1:25-CR-272-MSN

1 – Honorable Dianne Feinstein
    Vice Chairman
    Select Committee on Intelligence
    United States Senate
    Washington, DC 20510

1 – Honorable Patrick J. Leahy
    Ranking Member
    Committee on the Judiciary
    United States Senate
    Washington, DC 20510

1 – Honorable Barbara Mikulski
    Ranking Member
    Committee on Appropriations
    Subcommittee on Commerce, Justice, Science
      and Related Agencies
    United States Senate
    Washington, DC 20510

1 – Honorable Thomas R. Carper
    Ranking Member
    Committee on Homeland Security and
      Governmental Affairs
    United States Senate
    Washington, DC 20510

1 – Honorable Adam B. Schiff
    Ranking Member
    Permanent Select Committee on Intelligence
    U.S. House of Representatives
    Washington, DC 20515

1 – Honorable John Conyers, Jr.
    Ranking Member
    Committee on the Judiciary
    U.S. House of Representatives
    Washington, DC 20515

1 – Honorable Michael Honda
    Ranking Member
    Committee on Appropriations
    Subcommittee on Commerce, Justice, Science
      and Related Agencies
    U.S. House of Representatives
    Washington, DC 20515

1 – Honorable Elijah E. Cummings
    Ranking Member
    Committee on Oversight and
       Government Reform
    U.S. House of Representatives
    Washington, DC  20515