**Unknown**

**From:** Daniel Charles Richman <drichm@law.columbia.edu> on behalf of Daniel Charles Richman
**Sent:** Friday, January 02, 2015 6:55 PM
**To:** Findlay, Patrick N. (OGC)(FBI)
**Cc:** Baker, James A.
**Subject:** Re: Re: RE:

Happy New Year to you too.

On the particulars: A "consultant" appointment sounds just fine. (I guess I have to give up on my dream titles of "super special assistant to the Dir" or "royal steward.") As I told Jim B, I think we should keep remuneration to a minimum. In the Fall, I will be "on sabbatical," getting my full salary from Columbia. And while I hope to start being useful to the Bureau well before then, I'm perfectly ready for the work to be "pro bono." Where money may come in may be for the reimbursement of travel expenses if I end up going to DC a lot. But perhaps that matter can wait.

Some things to flag on the ethics side:
1. I regularly get contacted by journalists -- particularly the NYTimes, Wall St J and Financial Times -- to explain things, and they often end up quoting me. Obviously, I would not plan to say anything -- on or off the record -- about matters I work on for the Bureau. The only issue (that I can think of) is whether I can keep up my public profile as a Columbia academic. If possible, I'd like to continue doing this, as it's good for the school and, in my humble opinion, makes criminal justice coverage slightly more accurate than it would otherwise be.
2. From time to time, I have been paid to provide legal advice about federal criminal cases. I'm not involved in anything right now -- except for a lawyer who emails inquires every month or so that I spend about 15 minutes on. But we should clarify what, if anything, I can continue to do.

On the clearance front: I suspect that I don't have any active clearances. I left the SDNY USAO in 1992. In the 1990s, I worked as a "consultant" for the Treasury Department -- as part of the Waco Investigative Review run out of the Undersec for Enforcement's office -- and for the DOJ Office of Inspector General. In connection with my DOJ OIG work, I received "secret" clearance for the report on the CIA-Crack Cocaine (lack of) connection. More recently, I consulted for the Interior Department's Deepwater Horizon inquiry, run out of the Bureau of Ocean Energy Management, Regulation and Enforcement, but I don't imagine that involved a heavy-duty clearance. You guys will obviously be the best judges of what's needed, but my current dive into the "going dark" public literature has highlighted the level of secrecy that attends the government's side of the debate. So I suspect that the higher my clearance the more use I can be. And that usefulness will hopefully transfer into other areas too.

look forward to talking
dan richman

On Fri, Jan 2, 2015 at 12:01 PM, Findlay, Patrick N. (OGC)(FBI) [redacted] wrote:

Happy New Year!

I'll ask Jim's scheduler block out some time on Jim's calendar to discuss this further.

**GOVERNMENT EXHIBIT 3**
1:25-CR-272-MSN