**NYT**

Daniel Charles Richman <dcr2132@columbia.edu>  10/30/16

to Jbc

The NYT op ed page asked me to write something on your letter. I'm not inclined to do so. But if you think it will help things to explain that you owed cong absolute candor and that your credibility w cong will be particularly important in the coming years of threatened cong investigations ill do it

Daniel Richman
Paul J. Kellner Professor of Law
Columbia Law School
Office:
Cell:

Reinhold Niebuhr <reinholdniebuhr7@gmail.com>  10/30/16

to me

No need. At this point it would shouting into the wind. Some day they will figure it out. And as Jack and Ben point out, my decision will be one a president elect Clinton will be very grateful for (although that wasn't why I did it)

CONFIDENTIAL

GOVERNMENT EXHIBIT
5
1:25-CR-272-MSN

RICHMAN_000079