## Pretty good

Reinhold Niebuhr <reinholdniebuhr7@gmail.com>   11/2/16

to me

Someone showed some logic. I would paint the cons more darkly but not bad.

http://www.nytimes.com/interactive/2016/11/02/us/elections/James-Comey-options-classified-information-Hillary-Clinton-elections.html?emc=edit_tnt_20161102&nlid=67736678&tntemail0=y&_r=1

Daniel Charles Richman <dcr2132@columbia.edu>   11/2/16

to Reinhold

See I *can* teach. And I just did more teaching w Megan fox and Anderson cooper. Wore a jacket this time

Daniel Richman
Paul J. Kellner Professor of Law
Columbia Law School
Office:
Cell: ███

Reinhold Niebuhr <reinholdniebuhr7@gmail.com>   11/2/16

to me

Well done my friend. Who knew this would. E so uh fun.

CONFIDENTIAL

GOVERNMENT EXHIBIT
7
1:25-CR-272-MSN

RICHMAN_000082