To: Reinhold Niebuhr[Reinhold Niebuhr <reinholdniebuhr7@gmail.com>]
From: Daniel Charles Richman
Sent: Sun 4/23/2017 10:23:49 PM (UTC)
Subject: Re:

You're ever so welcome. And will do re Mike. Any badly or under-developed points for me to work on with the New Yorker? Or just the usual.

On Sun, Apr 23, 2017 at 6:19 PM, Reinhold Niebuhr <reinholdniebuhr7@gmail.com> wrote:

I read he piece. Thanks so much for your words and tell Mike he did a good job. Would be different if I wrote it but it is by and large fair.

Spam
Not spam
Forget previous vote

--
Daniel Richman
Paul J. Kellner Professor of Law,
Columbia Law School
office
cellphone
You can download my papers at http://ssrn.com/author=937729

**GOVERNMENT EXHIBIT**

**8**

1:25-CR-272-MSN

FOIA CONFIDENTIAL TREATMENT REQUESTED

COLUM0036161