DIRECTOR

9/26/16

Mitch

JB — we have CID
 — undermine HRC
 — candidates in the system

 — HRC plans to hit Trump

 — HRC Health.

Kerry — Trump Finance
 — debts to Moscow

JB — journalist(s) saying walk-in on Trump + Russia
I mentioned NY Times

David
 — Do you see a pattern to the intrusions/scans of state voter databases.

GOVERNMENT EXHIBIT 13   1:25-CR-272-MSN