Judge: **William E. Fitzpatrick**

Date: 11/5/2025
Time: 9:57 A.M. to 10:50A.M.

Reporter: Diane Salters
Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
  Vs.

| **JAMES COMEY** | 1:25-CR-272 |
|---|---|
| Defendant's Name | Case Number |

| Rebekah Donaleski, Patrick Fitzgerald and Michael Dreeben | Nathaniel Lemons, Lindsey Halligan, and Gabriel Diaz |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
(✓) Motions             ( ) Setting Trial Date      ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment         ( ) Appeal from USMC        ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.               ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:    (✓) in person              ( ) failed to appear
                       (✓) with Counsel           ( ) without counsel          ( ) through counsel

## PROCEEDING

- **Motion for Implementation of Filter Protocol** (dkt. 38) -DENIED.
- Government directed to produce all seized materials as articulated in open court by 5:00 p.m. on 11/6/25.
- Parties directed to confer with regard to complying with warrant execution as articulated in open court.
- Defendant continued on previous conditions.
- Order to follow.