IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JAMES B. COMEY, JR.'S MOTION TO ADVANCE MOTIONS HEARING**

James B. Comey, Jr., by and through undersigned counsel, respectfully requests that the motions hearing currently scheduled for December 9, 2025 be advanced to either December 3, 4, or 5, 2025. The purpose of this request is to allow local counsel to attend. Local counsel will be in a jury trial in a different district December 8-17, 2025.

Counsel conferred with the government who does not object to this request.

A proposed Order is attached.


Dated: November 12, 2025            Respectfully submitted,

                                    JAMES B. COMEY, JR.
                                    By Counsel

                                    */s/   Jessica Carmichael*
                                    Jessica N. Carmichael (VA Bar No. 78339)
                                    CARMICHAEL ELLIS & BROCK, PLLC
                                    108 N. Alfred Street, First Floor
                                    Alexandria, VA 22314
                                    Telephone:  (703) 684-7908
                                    Facsimile:  (703) 649-6360
                                    Email:  jessica@carmichaellegal.com

                                    Patrick J. Fitzgerald (*pro hac vice*)
                                    (Mich. Bar No. P86579)

P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454

Rebekah Donaleski (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000

Ephraim A. McDowell (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

Michael R. Dreeben (*pro hac vice*)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562

*Counsel for Defendant James B. Comey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of November, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  *Jessica N. Carmichael*
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*
