# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 1:25-CR-272-MSN |
| JAMES B. COMEY, JR., | |
| *Defendant.* | |

## INFORMATIVE NOTICE CLARIFYING THE RECORD

On November 13, 2025, U.S. District Court Judge Cameron M. Currie held a hearing on the defendant's Motion to Dismiss Indictment based on Unlawful Appointment. D.E. 186. At the hearing, Judge Currie: (1) noted an alleged gap in the grand-jury record, referring specifically to the period beginning at approximately 4:28 p.m., when the transcript reflects that U.S. Attorney Lindsey Halligan and the court reporter exited the grand-jury room; and (2) noted U.S. Attorney General Pamela Bondi did not have all the grand jury materials at the time of her ratification.

Accordingly, the government respectfully requests the Court take notice of the attached declaration of U.S. Attorney Lindsey Halligan (Exhibit 1), and the attached ratification dated November 14, 2025, by U.S. Attorney General Pamela Bondi (Exhibit 2).

(remainder of page left intentionally blank)

Respectfully submitted this 14th day of November, 2025.

        Lindsey Halligan
        United States Attorney

        */s/ Gabriel J. Diaz*
        Gabriel J. Diaz
        Assistant United States Attorney
        North Carolina Bar No. 49159
        N. Tyler Lemons
        Assistant United States Attorney
        North Carolina Bar No. 46199
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Tel: (703) 299-3700
        gabriel.diaz@usdoj.gov
        tyler.lemons@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of November, 2025, the government served a copy of the foregoing upon the defendant by CM/ECF to:

Jessica Nicole Carmichael
Counsel for Defendant

Patrick Joseph Fitzgerald
Counsel for Defendant

Rebekah Donaleski
Counsel for Defendant

Respectfully submitted,

*/s/ Gabriel J. Diaz*
Gabriel J. Diaz
Assistant United States Attorney
North Carolina Bar No. 49159
N. Tyler Lemons
Assistant United States Attorney
North Carolina Bar No. 46199
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
gabriel.diaz@usdoj.gov
tyler.lemons@usdoj.gov