

# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6491-2025

RATIFICATION OF CERTAIN ACTIONS IN THE EASTERN DISTRICT OF VIRGINIA

On October 31, 2025, and based on the record of the grand jury proceedings that was available to the government at the time, I ratified the actions of United States Attorney Lindsey Halligan before the grand jury and her signature on the indictment returned by the grand jury in the case of *United States v. Comey* (Case No. 1:25-CR-00272). *See* Att'y Gen. Order No. 6485-2025. The district court has subsequently raised questions about the completeness of the record of the grand jury proceedings presented to me at the time of that initial ratification. For the avoidance of doubt, I have reviewed the entirety of the record now available to the government and confirm my knowledge of the material facts associated with the grand jury proceedings. Based on that knowledge, I hereby exercise the authority vested in the Attorney General by law, including 28 U.S.C. § 509, 510, and 518(b), to ratify Ms. Halligan's actions before the grand jury and her signature on the indictment returned by the grand jury.

11/14/25
Date

Pamela Bondi
Attorney General