IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-272-MSN-WEF |
| | ) | |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>ORDER GRANTING MOTION TO EXTEND DEADLINE</u>**

Upon motion of James B. Comey, Jr., without objection from the government, for the reasons stated in the motion, the Motion to Extend the Motion Deadline for suppression motions and to designate privileged material is GRANTED.

Mr. Comey's suppression motions and privilege designations shall be due November 26, 2025.

IT IS SO ORDERED.

_____                                             _____