IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant*. | Criminal No. 1:25-cr-272-MSN-WEF |

ORDER

This matter comes before the Court pursuant to United States District Judge Michael S. Nachmanoff's November 7, 2025 Order remanding the matter of disclosure of the grand jury materials to the undersigned for further proceedings to determine whether there are particularized and factually based grounds for disclosure. ECF 167.

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, the undersigned finds that the Defendant has made a factually based showing of particularized need for the production and inspection of grand jury materials under Federal Rule of Criminal Procedure 6(e)(3)(E)(ii).

Accordingly, it is hereby

ORDERED that, by 3:00 p.m. on November 17, 2025, the Clerk of Court shall make available to the defense all grand jury materials filed on the docket under seal by the government (ECF 179); and it is further

ORDERED that the government shall, no later than 5:00 p.m. on November 17, 2025, produce to the defense the complete audio recording of the grand jury proceedings; and it is further

ORDERED that the Clerk of Court shall file on the public docket the version of the Memorandum Opinion containing narrow redactions of grand jury material; and it is further

ORDERED that the Clerk of Court shall maintain the unredacted version of the Memorandum Opinion under seal until further order of the Court.

**ENTERED** this 17th day of November, 2025.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE