IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.

JAMES B. COMEY, JR.,

     *Defendant.*

Criminal No. 1:25-cr-272-MSN

## ORDER

This matter comes before the Court on the government's Emergency Motion to Stay. ECF 195. The government seeks to stay the November 17, 2025 Order of Magistrate Judge William E. Fitzpatrick directing the production of grand jury materials to the defense, ECF 193, to allow it to file, and this Court to consider, Rule 59(a) objections to Judge Fitzpatrick's Order. ECF 195.

It is hereby

ORDERED that the Motion (ECF 195) is GRANTED IN PART; and it is further

ORDERED that the government will file any objections to Judge Fitzpatrick's Order by 5:00 p.m. on Wednesday, November 19, 2025. Thereafter, the defense will file any response to any objection by the government by 5:00 p.m. on Friday, November 21, 2025; and it is further

ORDERED that Judge Fitzpatrick's Order (ECF 193) is STAYED pending the resolution of any objections filed by the government, which this Court will consider on the papers.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED.**

                                    /s/
                              Michael S. Nachmanoff
                              United States District Judge
                              Michael S. Nachmanoff
                              United States District Judge

November 17, 2025
Alexandria, Virginia