IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JAMES B. COMEY JR.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR A BILL OF PARTICULARS**

Exhibit 3

**PATRICK J. FITZGERALD, ESQ.**

c/o Carmichael, Ellis, and Brock
108 N. Alfred Street
Alexandria, VA 22314
patrickjfitzgeraldlawoffice@gmail.com

Tyler Lemons, Esq.
Gabriel Diaz, Esq.
Assistant United States Attorneys
c/o Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

November 12, 2025

**Re: United States v. James Comey; No. 1:25-CR-272**

Dear Mr. Lemons and Mr. Diaz:

We write to supplement the defense's prior letters to you, dated October 2, 2025 and October 29, 2025 (hereafter, "the Document Requests"), in relation to the above-referenced matter. We write to make specific additional requests to preserve and produce certain documents highly relevant to core issues we intend to raise in this case. In particular, we supplement the Document Requests as follows:

**CATEGORY THIRTEEN: ANY AND ALL DOCUMENTS CONCERNING THE EVIDENCE DESTROYED IN RELATION TO THE ARCTIC HAZE INVESTIGATION.**

An FBI 302 Report, dated October 12, 2025, reports that "the District of Columbia United States Attorneys Office [was] 'freaking out' when the [Arctic Haze] case was declined for prosecution and in the process of being closed, with an Assistant United States Attorney telling [the lead agent in the Arctic Haze investigation] to ensure that any grand jury materials relating to members of the media were destroyed." *See* FD-302 Report Serial 110 at -26505.

The defense is aware of news reporting indicating that the government, in what appears to be the Arctic Haze investigation, obtained certain records from New York Times reporters, Matt Apuzzo, Michael Schmidt, Adam Goldman, and Eric Lichtblau. Matt Apuzzo, et al., *Comey Tried to Shield the F.B.I. From Politics. Then He Shaped an Election*, N.Y. Times (April 22, 2017). We are also aware that you have produced to us excerpts of Mr. Schmidt's records. *See* Comey Grand Jury Exhibit ("GJX") 251B at -5561–69. As such, we request the following:

(1) Please provide a detailed accounting of phone records the government obtained for members of the news media in any investigation relevant to this case, including but not limited to Arctic Haze and Tropic Vortex, including the names of the members of the

1

news media whose records were obtained, the type of record, and the date those records were obtained, and whether the government still possesses those records in any form.

(2) Please provide a detailed accounting of any and all evidence that was "destroyed" during or at the conclusion of the Arctic Haze investigation, or at any time in any investigation relevant to this case, including the authority under which such evidence was destroyed, who directed the destruction of those records, how the records were destroyed, and the date on which the evidence was destroyed.

Sincerely,

/s/ Jessica N. Carmichael
Jessica N. Carmichael
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone: (703) 684-7908
Facsimile: (703) 649-6360
Email: jessica@carmichaellegal.com

Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454

Rebekah Donaleski
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000

Ephraim A. McDowell
Elias S. Kim
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

Michael R. Dreeben
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562
Counsel for Defendant James B. Comey, Jr.

2