IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JAMES B. COMEY JR.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR A BILL OF PARTICULARS**

Exhibit 4

**PATRICK J. FITZGERALD, ESQ.**

c/o Carmichael, Ellis, and Brock
108 N. Alfred Street
Alexandria, VA 22314
patrickjfitzgeraldlawoffice@gmail.com

Tyler Lemons, Esq.
Gabriel Diaz, Esq.
Assistant United States Attorneys
c/o Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

November 19, 2025

**Re: United States v. James Comey; No. 1:25-CR-272**

Dear Mr. Lemons and Mr. Diaz:

    We write to supplement the defense's prior letters to you, dated October 2, 2025, October 29, 2025, and November 12, 2025 (hereafter, "the Document Requests"), in relation to the above-referenced matter. We write to make specific additional requests to preserve and produce certain documents highly relevant to core issues we intend to raise in this case. In particular, we supplement the Document Requests as follows:

**CATEGORY FOURTEEN: ENTIRE CASE FILE FOR ARCTIC HAZE, DURHAM SPECIAL COUNSEL, AND THIS INVESTIGATION.**

    Based on discovery produced to date, we understand that the government views the prior investigations conducted by the U.S. Attorney's Office for the District of Columbia referred to as "Arctic Haze," and the John H. Durham Special Counsel investigation into the origins of "Crossfire Hurricane" (the "Durham Investigation"), as relevant to the instant investigation. Although we have repeatedly asked the government to provide the factual bases for Counts One and Two with specificity so that we may prepare a defense in connection with the upcoming trial, the government has declined to do so. Moreover, the government has opposed the defense's motion for a bill of particulars. Given the government's refusal to provide the defendant with notice of the conduct the government intends to prove at trial, the defense is left to make necessarily broad discovery requests. To the extent the government narrows or provides the specific factual bases for the charges, the defense will be able to narrow these requests. As such, we request the following:

    (1) Please produce the entire FBI case file for the Arctic Haze investigation, the Durham Investigation, and the 2025 investigation of Mr. Comey leading to these charges. To the extent materials are classified, we request that they be declassified in their entirety

1

forthwith. To the extent particular items of information cannot be declassified in full, we request that the government identify those materials and provide an explanation for why that item or portion of item cannot be declassified.
(2) With respect to compartmented information held at the Department of Justice, we request a declassification review forthwith so that it may be declassified, or declassified to a lesser classification.
(3) With respect to defense Category Twelve, which we understand from our November 12, 2025 meet and confer that you are working to provide relevant numbers with respect to, we seek to review the underlying CIOLs for 2016 in their entirety, and reserve our right to seek declassification of those CIOLs.

Sincerely,

*/s/ Jessica N. Carmichael*
Jessica N. Carmichael
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone: (703) 684-7908
Facsimile: (703) 649-6360
Email: jessica@carmichaellegal.com

Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454

Rebekah Donaleski
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000

Ephraim A. McDowell
Elias S. Kim
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

Michael R. Dreeben
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562

Counsel for Defendant James B. Comey, Jr.

3