IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JAMES B. COMEY, JR.'S MOTION TO SEAL

Pursuant to the Protective Order entered in this matter, ECF No. 40, James B. Comey, Jr. moves this Honorable Court to seal the redacted portions of Exhibit 2 to Mr. Comey's Reply in Support of his Motion for Bill of Particulars. The redacted portions of Exhibit 2 contain information that the government may argue is subject to the Protective Order and required to be filed under seal. *See* ECF No. 40.

The Court has the inherent power to seal materials submitted to it. *See Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975).

A proposed Order is attached for the consideration of the Court.

Dated: November 20, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JAMES B. COMEY, JR.
　　　　　　　　　　　　　　　　　　By Counsel

　　　　　　　　　　　　　　　　　　*/s/   Jessica Carmichael*
　　　　　　　　　　　　　　　　　　Jessica N. Carmichael (VA Bar No. 78339)
　　　　　　　　　　　　　　　　　　CARMICHAEL ELLIS & BROCK, PLLC
　　　　　　　　　　　　　　　　　　108 N. Alfred Street, First Floor
　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　Telephone:  (703) 684-7908
　　　　　　　　　　　　　　　　　　Facsimile:  (703) 649-6360
　　　　　　　　　　　　　　　　　　Email:  jessica@carmichaellegal.com

　　　　　　　　　　　　　　　　　　Patrick J. Fitzgerald (*pro hac vice*)
　　　　　　　　　　　　　　　　　　(Mich. Bar No. P86579)
　　　　　　　　　　　　　　　　　　P.O. Box 277
　　　　　　　　　　　　　　　　　　New Buffalo, MI 49177
　　　　　　　　　　　　　　　　　　Telephone:  (312) 758-4454

　　　　　　　　　　　　　　　　　　Rebekah Donaleski (*pro hac vice*)
　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　Telephone:  (212) 479-6000

　　　　　　　　　　　　　　　　　　Ephraim A. McDowell (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Elias S. Kim (*pro hac vice*)
　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave. NW, Suite 700
　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　Telephone:  (202) 842-7800

　　　　　　　　　　　　　　　　　　Michael R. Dreeben (*pro hac vice*)
　　　　　　　　　　　　　　　　　　600 New Jersey Ave. NW
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone:  (202) 695-2562

　　　　　　　　　　　　　　　　　　*Counsel for Defendant James B. Comey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of November, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jessica N. Carmichael*
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*