## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 12/19/25

- ✓ First NOA in Case
- ___ Subsequent NOA-same party
- ___ Subsequent NOA-new party
- ___ Subsequent NOA-cross appeal
- ___ Paper ROA   ___ Paper Supp.
- Vols: _____
- Other: _____

**District:** EDVA
**Division:** Alexandria
**Caption:** USA v. James B. Comey, Jr.

**District Case No.:** 1:25-cr-00272
**4CCA No(s). for any prior NOA:**
**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

**Confinement**-Criminal Case:
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ___ On probation

**Defendant Address**-Criminal Case:

**Fee Status:**
- ✓ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
- ___ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ✓ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** Michael S Nachmanoff

**Court Reporter** (list all): D. Salters

**Sealed Status** (check all that apply):
- ✓ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Coordinator:** J. Lanham

**Record Status for Pro Se Appeals** (check any applicable):
- ___ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ✓ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ___ No in-court hearings held
- ✓ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Deputy Clerk:** J. Lanham   **Phone:** 703-299-3352   **Date:** 12/22/25

10/2022