**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25CR272** |
| | ) | |
| **James Comey** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER AMENDING PROTECTIVE ORDERS</u>**

This Order is issued upon motion by counsel for defendant James Comey to amend: (1) the Protective Order concerning discovery materials entered in this case by the Court on October 13, 2025 (Dkt. No. 40) ("the Discovery Protective Order") and (2) the Protective Order Pertaining to Classified Information entered by the Court on October 14, 2025 (Dkt. No. 42) ("the Classified Discovery Protective Order"). Mr. Comey seeks to modify both protective orders for the purpose of allowing defense counsel to communicate in a timely fashion what it characterizes as substantial materially exculpatory information to the prosecutors conducting a grand jury investigation in the District of Columbia in the matter of *United States* v. *James Brien Comey, Jr.*, No. 1:26-CR-00229-TNM. (The Court has not reviewed those materials and thus makes no finding as to whether such material is exculpatory.)

The Government opposes this motion.

The Court grants Mr. Comey's motion. The proposed amendments would serve two important purposes: first, they would facilitate the ability of Mr. Comey's

defense team to engage with the relevant prosecutors on a timely basis and provide information to the government prosecutors for them to evaluate whether the information should be disclosed to the grand jury. Secondly, if an Indictment were to be returned in the District of Columbia, the amendments would allow the defense team to efficiently use its existing attorney work-product which includes notes and annotations to materials it has already reviewed. (If an indictment were to be returned in the District of Columbia, use of the materials in the District of Columbia proceeding would thereafter be governed by protective orders that would be entered by Judge McFadden.).

The Discovery Protective Order is hereby amended to add the following language to the end of Paragraph 4 following "criminal charges in this matter": "or for use in the matter in the District of Columbia styled *United States* v. *James Comey*, No. 1:26-CR-00029-TNM, until such time, if ever, that an Indictment is returned in that matter and United States District Judge Trevor McFadden enters a protective order governing these materials." Paragraph 9 of the Discovery Protective Order is amended to begin with the phrase "Upon the later of the conclusion of this action or the conclusion of the matter in the District of Columbia currently pending before Judge McFadden..."

The Classified Discovery Protective Order is hereby amended to add the following language to the penultimate paragraph on page 4 after "solely for the purpose of litigating this case": "or for use in the matter in the District of Columbia styled *United States* v. *James Comey*, No. 1:26-CR-00029-TNM, until such time, if

ever, that an Indictment is returned in that matter and United States District Judge Trevor McFadden enters a protective order governing these materials." In the following line, the words "(or in the District of Columbia matter pending before Judge McFadden)" would be added after "in connection with this case."

Page 12 of the Classified Discovery Protective Order is amended to add at the end of the last paragraph on the page (which is enumerated with a "1") the following words: "or after completion of all proceedings that follow final resolution of the appeal currently pending in the United States Court of Appeals for the Fourth Circuit in Case No. 25-4674."

**IT IS SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge
11/5/26